UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RUBY,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN A. MATEVOVSIAN,<br><br>    Defendant. | Case No.: 1:18-cv-00200-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REPLY TO ORDER GRANTING LEAVE TO AMEND COMPLAINT<br><br>[ECF No. 11]<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Steve Ruby is proceeding pro se and in forma pauperis in this action.

On May 18, 2018, the Court screened Plaintiff's complaint, found no cognizable claims under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971), and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) On June 14, 2018, Plaintiff filed a motion stating that he is intending to bring a claim under the Federal Tort Claims Act (FTCA) for negligence against the United States, and asked the Court to amend and supplement the prior complaint. On June 15, 2018, the Court denied Plaintiff's motion, indicating that he would have to file an amended complaint. (ECF No. 9.)

Currently before the Court is Plaintiff's reply to the Court's June 15, 2018 order, asking again that the Court supplement or otherwise construe his complaint as bringing a claim under the FTCA. Further, although he only named Warden Matevovsian as a defendant, Plaintiff seeks for the Court to construe his complaint as one brought against the United States.

///

1

Plaintiff's motion is denied. The Court clarifies that it cannot change the parties or otherwise change Plaintiff's allegations. He must file an amended complaint to name the United States as a defendant under the FTCA. The Court understands that Plaintiff intends to generally allege the same factual allegations, which he is not prohibited from doing. However, he must file an amended complaint if he wishes the Court to consider any FTCA claim against the United States.

Plaintiff is again advised that an amended complaint supersedes the original complaint. Therefore, Plaintiff's amended complaint must be complete in itself without reference to the prior or superseded pleadings.

The Court will permit Plaintiff one finally opportunity to amend his complaint, and will grant him thirty days from the date of this clarifying order to file the amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is requested to send to Plaintiff a civil rights complaint form;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint which is complete within itself; and

3. <u>Failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated: **July 12, 2018**

UNITED STATES MAGISTRATE JUDGE