# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RUBY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 1:18-cv-00200-SAB (PC)<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AGAINST THE UNITED STATES OF AMERICA<br><br>[ECF No. 13] |

Plaintiff Steve Ruby is proceeding pro se and in forma pauperis in this action filed under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671.

Currently before the Court is Plaintiff's first amended complaint, filed August 7, 2018. Based on the allegations presented in the first amended complaint, Plaintiff states a cognizable claim Federal Tort Claims Act ("FTCA") against the United States. See United States v. Muniz, 374 U.S. 150, 153-59 (1963).

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

    **United States of America**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed on August 7, 2018 (ECF No. 13);

1

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
   a. Two completed USM-285 forms for the United States of America (one for the civil-process clerk at the United States Attorney's Office for the Eastern District of California and one for the Attorney General of the United States at Washington, D.C.);
   b. Two completed summonses for the United States of America; and
   c. Two copies of the endorsed first amended complaint filed on August 7, 2018;
4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and
5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **September 6, 2018**

UNITED STATES MAGISTRATE JUDGE