# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RUBY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN A. MATEVOVSIAN,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00200-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>[ECF No. 21] |

　　　　Plaintiff Steve Ruby is proceeding pro se and in forma pauperis in this action filed under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2674.

　　　　Currently before the Court is Defendant's second motion for an extension of time to file a responsive pleading, filed January 4, 2019.

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant shall file a responsive pleading on or before February 11, 2019.

IT IS SO ORDERED.

Dated: __**January 4, 2019**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1